IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHON M. BENNETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANSCARE AMBULANCE SERVICE, ET AL. | : | NO. 11-176 |

## ORDER

**AND NOW**, this 9th day of March, 2012, upon consideration of Plaintiff's Motion for Default Judgment (Docket No. 14), and Defendant Transcare Ambulance Service's response thereto, Transcare Ambulance Service's Motion for Relief from Default (Docket No. 21), and Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment is **DENIED**.

2. Transcare Ambulance Service's Motion for Relief from Default is **GRANTED**.

3. The Entry of Default against Transcare Ambulance Service is **VACATED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.