IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHON M. BENNETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANSCARE AMBULANCE SERVICE, ET AL. | : | NO.  11-176 |

# ORDER

**AND NOW**, this 30th day of April, 2012, upon consideration of Defendant Transcare Ambulance Service's ("Transcare") Motion to Dismiss (Docket No. 30), and Plaintiff's Motion for Leave to File an Amended Complaint (Docket No. 31), **IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss is **GRANTED**.

2. The claims against Transcare are **DISMISSED WITHOUT PREJUDICE**.

3. The Motion for Leave to File an Amended Complaint is **GRANTED** and Plaintiff may file an amended complaint against Transcare on or before May 30, 2012.  If Plaintiff fails to timely file an amended complaint, Transcare will be dismissed as a defendant in this action.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.