IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHON M. BENNETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CORRECTIONAL OFFICER WASHINGTON, et al. | : | NO. 11-176 |

**ORDER**

**AND NOW**, this 19th day of February, 2015, upon consideration of Defendants the City of Philadelphia, Correctional Officers Clifton Washington and Sharon Neal, Lieutenants Elizabeth Henry and Danielle Lynn, and Sergeants Michael Sporango and Malachi White's "Second Motion for Summary Judgment" (Docket No. 164), and all documents filed in connection therewith, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks summary judgment in favor of Defendants on the Third Amended Complaint's claims that Correctional Officers Neal and Washington and Sergeant White failed to protect Plaintiff when his cell was left unlocked, in violation of 42 U.S.C. § 1983.

2. The Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.