IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHON M. BENNETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRISON HEALTH SERVICES, INC. | : | NO. 11-176 |

**ORDER**

**AND NOW**, this 19th day of March, 2015, upon consideration of Defendant Prison Health Services, Inc.'s "Motion for Summary Judgment" (Docket No. 165), and all documents filed in connection therewith, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendant Prison Health Services, Inc. and against Plaintiff.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.